UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of the Search of
69951 Wildflower Lane
Bruce Township, Michigan 48065

Criminal No. 22-mc-51755-1

Honorable Terrence G. Berg

_____/

## MOTION TO UNSEAL SEARCH WARRANT

**NOW COMES** the United States of America, by and through its attorneys, Jerome F. Gorgon Jr., United States Attorney, and Davin M. Reust, Assistant United States Attorney, both for the Eastern District of Michigan, and respectfully requests that Search Warrant, filed November 28, 2022, in the above-entitled cause be unsealed because the investigation to which the search warrant pertains has concluded and the subject of the investigation is scheduled to enter a change of plea in the near future.

**WHEREFORE,** the government respectfully requests that said document in this cause be unsealed.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

 *s/Davin M. Reust*
Davin M. Reust  P81395
Assistant United States Attorney
davin.reust@usdoj.gov
(313) 226-0206

Dated:  December 1, 2025